Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
2010 APR -5 PH 3:10
CLERK
U S DISTRICT COURT

U.S.A. vs. Daniel M. Laffey

Docket No. 05-00265-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Daniel M. Laffey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 4 day of May 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary.
- The defendant shall pay restitution of $106,481.78 through monthly installments of not less than 10% of his gross monthly income or a nominal amount of $50.00 per month.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

<u>05-04-2007</u>: Bank Fraud; 3 years' probation; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $3,020.00 toward restitution. The current balance is $106,481.78. The defendant understands that the outstanding balance remains his obligation and he has acknowledged responsibility by signing a payment agreement. It appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 05-00265-001 be allowed to expire as scheduled on May 3, 2010, with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 30, 2010

ORDER OF COURT

Considered and ordered this ___6th___ day of _April_, 20_10_ and ordered filed and made a part of the records in the above case.

_____
Chief U.S. District Judge

_____
Romona Clark
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office

Theodore W. Johnson
Chief U.S. Probation Officer

Gerald R. Buban
Deputy Chief U.S. Probation Officer



411 Seventh Ave., Suite 1100
P.O. Box 1468
Pittsburgh, PA 15230-1468
Telephone: 412-395-6907
Fax: 412-395-4864

March 30, 2010

Daniel M. Laffey
6418 Kemper Street
Pittsburgh, PA 15217

RE:  Criminal No.: 05-00265-001

## RESTITUTION PAYMENT AGREEMENT

I, Daniel M. Laffey, agree to pay 10 percent of my gross monthly income or a nominal amount of $50.00 per month toward the court ordered outstanding restitution obligation after my term of supervised release expires on May 3, 2010, until the balance is paid in full. I am aware that the total amount of restitution ordered was $106,481.78, and of that amount, $103,461.78 remains due and owing. Monthly restitution payments will be mailed to the U.S. Clerk of Courts, U.S. District Court, PO Box 1805, Pittsburgh, PA 15230. Attn: Dennis Radinsky.

I fully understand that in order to avoid penalties up to 25 percent pursuant to 18 U.S.C. § 3612(g) and future legal action by civil means, including a wage garnishment, I must keep paying until the debt is paid in full. It is my responsibility to notify the U.S. Attorney's Office, Financial Litigation Unit of any change in mailing address or residence within 30 days of the change.

************************************************************************

Witness: _____     Signed: _____
Romona Clark                                Daniel M. Laffey
United States Probation Officer             Probationer or Supervised Releasee

March 30, 2010
Date